Division, Second Department. October 4, 1912.) Action by Frank Romain, Jr., an infant, etc., against the Long Island Railroad Company. No opinion. Motions denied, without costs. See, also, 136 N. Y. Supp. 1146.

ROONEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by John Rooney against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the County Court of Queens County unanimously affirmed, with costs.

In re ROSE. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) In the matter of the judicial settlement of the accounts and proceedings of Elmer Rose, administrator, etc., of the estate of Peter Rose, deceased, and in the matter of the appeal of said Elmer Rose, as such administrator, from part of decree and decision of the Surrogate's Court of the County of Rensselaer, allowing claim of J. A. Sipperly for legal services, etc.

PER CURIAM. Motion to dismiss denied, provided the appellant serves a notice of appeal on the next of kin and files a proper bond under section 2577, Code Civ. Proc., to perfect his appeal within 10 days, and pays respondent $10 costs of this motion within 10 days after service of the order of this court on appellant's attorney; otherwise, motion granted, with $10 costs to respondent.

ROSELLE, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Harry Roselle against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

ROSENBAUM, Respondent, v. LEVIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by William Rosenbaum against Morris Levin. No opinion. Order affirmed, with $10 costs and disbursements.

In re ROWLAND et al. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) In the matter of the judicial settlement of the account of Laura E. Rowland and others, in which the Brooklyn Trust Company, as trustee, and Richard M. Henry, as special guardian, etc., are appellants. No opinion. Motions to dismiss appeals denied, without costs. See, also, 137 N. Y. Supp. 1010.

In re RUDDICK. (Supreme Court, Appellate Division, First Department. October 18, 1912.) In the matter of William B. Ruddick. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RUSSELL v. AMERICAN GAS & ELECTRIC CO. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Charles M. Russell against the Amer-

ican Gas & Electric Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 136 N. Y. Supp. 602.

RYDER, Respondent, v. O'DELL & EDDY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Horace R. Ryder against the O'Dell & Eddy Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the failure to properly guard the saw was not the proximate cause of the accident, and that under the circumstances shown by the evidence the saw was properly guarded.

R. & S. REALTY CO., Respondent, v. HUDSON REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Action by the R. & S. Realty Company against the Hudson Realty Company and others. J. Frank, of New York City, for appellants. J. N. Helfat, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re SALAVANNO. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) In the matter of the application of Alexander Salavanno. No opinion. Motion denied.

SALOMON et al., Respondents, v. W. J. FARRELL CO., Inc., Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Maurice Salomon and another against the W. J. Farrell Company, Incorporated. F. A. Winslow, of New York City, for appellant. B. Rogers, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SANBORN. (Supreme Court, Appellate Division, Second Department. · October 11, 1912.) In the matter of Addison S. Sanborn, an attorney.

PER CURIAM. The practice of using, even temporarily and with purpose of immediate repayment, the money of a client by his lawyer, without authority, is condemned, and has in the present instance resulted in painful consequences to respondent; but, in view of his usual good professional conduct, it is unnecessary to proceed farther in matter of discipline.

SANDFORD v. CRANE et al. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Isabel Sandford against Antoinette Crane and others. No opinion. Judgment affirmed, with costs.

SARANAC LAND & TIMBER CO., Respondent, v. ROBERTS, Comptroller, Appellant. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by the Saranac Land & Timber Company against James A. Roberts, as Comptroller, etc.

(Action No. 1.) No opinion. Judgment and order unanimously affirmed, with costs.

SARANAC LAND & TIMBER CO., Respondent, v. ROBERTS, Comptroller, Appellant. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by the Saranac Land & Timber Company against James A. Roberts, as Comptroller, etc. (Action No. 2.) No opinion. Judgment and order unanimously affirmed, with costs.

SCHMINKE et al., Respondents, v. ROSENBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by George C. Schminke and another against Anna Rosenberg. No opinion. Judgment affirmed, with costs. New trial to be had in Rochester Municipal Court on the 16th day of October, 1912, at 10 o'clock in the forenoon. See, also, 136 App. Div. 915, 120 N. Y. Supp. 1145.

SCHMITT et al., Respondents, v. DUELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Robert Schmitt and another against James Duell and others. No opinion. Motion denied, without costs.

SCHULTIS, Respondent, v. WATERBURY CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by George A. Schultis against the Waterbury Company. No opinion. Motions denied, without costs. See, also, 137 N. Y. Supp. 352.

SCHWARTZ v. DUNNE et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Joseph Schwartz against Charles J. Dunne and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SCOTT v. KELLY. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Appeal from Westchester County Court. Action by George H. Scott against George T. Kelly. From a judgment in favor of plaintiff, and from an order denying plaintiff's motion for a new trial, defendant appeals. Affirmed, without opinion. Harold S. Recknagel, of New York City, for appellant. William A. Walsh, of Yonkers, for respondent.
PER CURIAM. Judgment and order of the County Court of Westchester County affirmed, with costs. HIRSCHBERG, WOODWARD, and RICH, JJ., concur.
BURR, J. I dissent. Plaintiff was not injured by a defective scaffold. If the plank which was laid on the brick piers 16 inches high, which was placed on the regular scaffold, could itself be called a scaffold, and if we should concede that it was a defective scaffold, plaintiff was not injured thereby. Defendant was removing this improper structure, when one of plaintiff's fellow servants carelessly dropped a brick and injured him. This being a common-law action for such negligence, defendant is not liable.

SCOTT v. SMITH. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by William Scott against Francis D. Smith. No opinion. Application denied, with $10 costs. Order signed.

SCUNDI, Respondent, v. STEPHENS, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Giovanni Scundi against John F. Stephens. No opinion. Judgment affirmed, with costs.

SEALY, Respondent, v. COHN, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Lillian D. Sealy against Hugo Cohn. No opinion. Judgment affirmed, with costs.

SELLS et al. v. AUTOGRAPHIC REGISTER CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Elijah W. Sells and others against the Autographic Register Company. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 1085; 136 N. Y. Supp. 1147.

SELLS et al. v. AUTOGRAPHIC REGISTER CO. (Supreme Court, Appellate Division, First Department. June, 1912.) Action by Elijah W. Sells and others against the Autographic Register Company. No opinion. Motion to dismiss appeal denied, with $10 costs.

SHEEHAN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Jeremiah Sheehan, as administrator, etc., against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
SPRING, J., not sitting.

SHEELEY, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by David Sheeley against Eliza Jane Williams. No opinion. Judgment and order affirmed, with costs.

SHELLAS et al., Appellants, v. ARVERNE BLDG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by George W. Shellas and another against the Arverne Building Company. No opinion. Judgment of the County Court of Kings affirmed, with costs.

SHOYER et al. v. PHŒNIX KNITTING WORKS. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Appeal from Special Term, New York County. Action